### BEAM *v.* THE STATE.

PER CURIAM. This case coming on for decision by the entire bench of six Justices, and they being equally divided in opinion, Russell, C. J., and Gilbert and Hines, JJ., being of the opinion that the judgment of the trial court refusing a new trial should be affirmed, and Beck, P. J., and Atkinson and Hill, JJ., being of the opinion that the judgment should be reversed, the judgment is affirmed by operation of law.

No. 6947.    APRIL 10, 1929.

*Rosser & Shaw,* for plaintiff in error.

*George M. Napier, attorney-general, James F. Kelly, solicitor-general, M. Neil Andrews, solicitor-general, T. R. Gress, assistant attorney-general,* and *Dean Owens,* contra.